EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
MICHAEL P. FARRELL
Senior Assistant Attorney General
MICHAEL A. CANZONERI
Supervising Deputy Attorney General
ANGELO S. EDRALIN, State Bar No. 190085
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 445-9909
 Fax: (916) 324-2960
 Email: Angelo.Edralin@doj.ca.gov

Attorneys for Respondents

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **E'DRICK BROWN,**<br><br>                    Petitioner,<br><br>       v.<br><br>**ROBERT A. HOREL, et al.,**<br><br>                    Respondents. | 2:08-cv-1401 FCD DAD P<br><br>**ORDER** |

GOOD CAUSE APPEARING, Respondent's request for 30 days to prepare an Answer to the Petition is hereby GRANTED.

DATED: December 9, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
brow1401.eot16

1