1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   E'DRICK BROWN

11            Petitioner,                    No. CIV S-08-1401 FCD DAD P

12        vs.

13   ROBERT A. HOREL, et al.,

14            Respondents.                   <u>ORDER</u>

15   _____/

16            On September 8, 2009, petitioner filed a motion requesting reconsideration of the

17   magistrate judge's order filed April 21, 2009, denying petitioner's motion for the appointment of

18   counsel.  Local Rule 72-303(b), states "rulings by Magistrate Judges shall be final if no

19   reconsideration thereof is sought from the Court within ten court days . . . from the date of

20   service of the ruling on the parties."  E.D. Local Rule 72-303(b).   Petitioner's motion is

21   untimely and will be denied.  Also in his motion for reconsideration, petitioner requests an

22   evidentiary hearing.  Petitioner provides no explanation or legal basis for such a hearing;

23   therefore, the request will be denied.

24            Accordingly, IT IS HEREBY ORDERED that:

25            1.  Petitioner's September 8, 2009 motion for reconsideration (Doc. No. 28) is

26   denied; and

1

1            2.  Petitioner's request for an evidentiary hearing (Doc. No. 28) is denied.

2     DATED: October 19, 2009.

3

4                                                  FRANK C. DAMRELL, JR.

5                                              UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26